UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LATONYA DUNBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-2649 NAB |
| | ) | |
| MONICA JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Plaintiff brings this action under Title VII of the Civil Rights Act of 1964 for alleged employment discrimination. "In order to initiate a claim under Title VII a party must timely file a charge of discrimination with the EEOC and receive a right-to-sue letter." *Stuart v. General Motors Corp.*, 217 F.3d 621, 630 (8th Cir. 2000). Plaintiff has not filed a copy of the right-to-sue letter. So, the Court will order the plaintiff to submit a copy of the EEOC right-to-sue letter within twenty-one (21) days.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall submit a copy of the EEOC right-to-sue letter within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of October, 2017.